| AO 10<br>Rev. 1/2013 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2012 | *Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111)* |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>Bryant, John S. | 2. Court or Organization<br><br>Middle District of Tennessee | 3. Date of Report<br><br>05/14/2013 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>Magistrate Judge (full-time) | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2012<br>to<br>12/31/2012 |

| 7. Chambers or Office Address<br><br>797 U.S. Courthouse<br>801 Broadway<br>Nashville, TN 37203 | **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts,<br>checking the NONE box for each part where you have no reportable information.* |
|---|---|

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐   NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Executive Board Member | Middle Tennessee Council, Boy Scouts of America |
| 2. | Co-trustee | Trust #1 |
| 3. | Elder | Covenant Presbyterian Church, Nashville, Tennessee |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑   NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bryant, John S. | 05/14/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bryant, John S. | 05/14/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bryant, John S. | 05/14/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Regions Bank accounts (aggregated) | A | Interest | J | T | | | | | |
| 2. Northwestern Mutual Life Ins. policies (aggregated) | | None | N | T | | | | | |
| 3. Metropolitan Life Flexible Premium Life Insurance | | None | L | T | | | | | |
| 4. Brokerage account #1 | | | | | | | | | |
| 5. -- American Funds Gp: Capital Income Builder Fund | A | Dividend | K | T | | | | | |
| 6. -- American Funds Gp: Growth Fund of America | A | Dividend | K | T | Sold (part) | 08/10/12 | K | A | |
| 7. -- same as above | | | | | Sold (part) | 12/28/12 | K | D | |
| 8. -- American Funds Gp: Small Cap World Fund | B | Dividend | K | T | | | | | |
| 9. -- American Funds Gp: Washington Mutual Fund | A | Dividend | L | T | Sold (part) | 12/28/12 | K | B | |
| 10. Bank of America common | | None | | | Sold | 01/09/12 | J | A | |
| 11. Berkshire Hathaway, Inc. class B common | | None | K | T | | | | | |
| 12. Wells Fargo & Co. common | A | Dividend | J | T | | | | | |
| 13. Janus Research Fund (IRA) | A | Dividend | M | T | | | | | |
| 14. Franklin Mutual Discovery Fund | | None | | | Sold | 05/18/12 | K | D | |
| 15. Vanguard Prime Money Market Fund | A | Dividend | K | T | | | | | |
| 16. Brokerage account #2 (Roll-over IRA) | | | | | | | | | |
| 17. --Accenture Ltd common | B | Dividend | L | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bryant, John S. | 05/14/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.  -- Apache Corp. common | A | Dividend | L | T | | | | | |
| 19.  -- Berkshire Hathaway, Inc. class B common | | None | M | T | | | | | |
| 20.  -- AT&T, Inc. common | B | Dividend | K | T | | | | | |
| 21.  -- Brookdale Sr. Living, Inc. | | None | K | T | | | | | |
| 22.  --Caterpillar, Inc. common | B | Dividend | L | T | | | | | |
| 23.  --Cisco Systems, Inc. common | B | Dividend | L | T | Sold (part) | 07/27/12 | K | D | |
| 24.  -- Corrections Corp. of America common | B | Dividend | L | T | | | | | |
| 25.  -- Walt Disney Co. common | B | Dividend | L | T | | | | | |
| 26.  -- Duke Energy Corp. common | B | Dividend | L | T | Sold (part) | 07/06/12 | J | A | |
| 27.  -- same as above | | | | | Buy (add'l) | 11/06/12 | K | | |
| 28.  --Exxon Mobil Corp. common | B | Dividend | L | T | | | | | |
| 29.  --General Electric Co. common | B | Dividend | K | T | | | | | |
| 30.  -- HCA Holdings, Inc. common | D | Dividend | L | T | Buy (add'l) | 07/19/12 | J | | |
| 31.  -- HCP, Inc. common | C | Dividend | L | T | Buy (add'l) | 02/22/12 | K | | |
| 32.  -- Home Depot, Inc. common | C | Dividend | L | T | | | | | |
| 33.  -- Intel Corp. common | C | Dividend | L | T | | | | | |
| 34.  -- International Business Machines, Inc. common | A | Dividend | L | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bryant, John S. | 05/14/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -- Johnson & Johnson common | C | Dividend | L | T | | | | | |
| 36. -- Kraft Foods Group, Inc. common | | None | K | | Spinoff (from line 39) | 10/01/12 | K | | |
| 37. -- Level 3 Communications common | | None | K | T | Buy (add'l) | 05/10/12 | J | | |
| 38. -- Microsoft, Inc. common | B | Dividend | L | T | | | | | |
| 39. -- Mondelez International, Inc. common | B | Dividend | K | T | | | | | |
| 40. -- Philip Morris International, Inc. common | C | Dividend | L | T | | | | | |
| 41. -- Procter & Gamble Co. common | B | Dividend | L | T | | | | | |
| 42. -- Republic Services, Inc. common | B | Dividend | L | T | Sold (part) | 11/07/12 | J | D | |
| 43. -- Royal Dutch Shell class A common | B | Dividend | K | T | | | | | |
| 44. -- Schlumberger Ltd. common | B | Dividend | M | T | | | | | |
| 45. --Sysco Corp. common | C | Dividend | L | T | Sold (part) | 07/26/12 | J | D | |
| 46. -- same as above | | | | | Sold (part) | 10/03/12 | J | D | |
| 47. -- United Parcel Service, Inc. class B common | B | Dividend | K | T | | | | | |
| 48. -- United Technologies Corp. common | C | Dividend | M | T | | | | | |
| 49. -- Vodaphone Group PLC ADS common | B | Dividend | K | T | Buy (add'l) | 09/20/12 | J | | |
| 50. -- Wal-Mart Stores, Inc. common | B | Dividend | L | T | | | | | |
| 51. -- American Express Bank FSB Notes -- NonCall | B | Int./Div. | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bryant, John S. | 05/14/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -- Ashland, Inc. New Sr. Notes -- Call 06/01/13 | B | Int./Div. | K | T | Buy | 05/16/12 | K | | |
| 53. -- Block Financial Corp. Global Notes 5.125% | B | Int./Div. | K | T | | | | | |
| 54. -- Brookdale Sr. Living Sr. Conv. Notes 2.75% due 6/15/18 | A | Int./Div. | K | T | | | | | |
| 55. -- Freeport-McMoran Copper & Gold Sr. Notes | A | Int./Div. | | | Sold | 03/14/12 | K | A | |
| 56. -- Goldman Sachs Group, Inc. Notes due 8-15-17 | B | Int./Div. | K | T | | | | | |
| 57. -- St. Paul Travelers Inc. Senior Notes due 12-01-15 | B | Int./Div. | K | T | | | | | |
| 58. -- Verizon Inc. Notes - NonCall 6.125% due 3-1-12 | B | Int./Div. | K | T | | | | | |
| 59. --Burlington Northern Corp. Sr. Notes (Berkshire Hathaway) | B | Int./Div. | K | T | | | | | |
| 60. -- Chesapeake Energy Corp. Sr. Notes -- callable 8/15/2013 | B | Int./Div. | K | T | | | | | |
| 61. -- Computer Sciences Corp. Sr. Notes 6.5% Due 3-15-18 | A | Int./Div. | K | T | Buy | 01/20/12 | K | | |
| 62. -- Corrections Corp. Sr. Notes -- Callable 6/1/13 | A | Int./Div. | K | T | Buy | 06/27/12 | K | | |
| 63. -- HCA Inc. Notes callable 6.750% due 7/15/13 | B | Int./Div. | K | T | | | | | |
| 64. -- HCA Sr. Notes 6.375% due 1/15/15 | C | Int./Div. | K | T | | | | | |
| 65. -- HCA Inc. Sr. Notes -- Callable 8/15/14 | | | K | T | Buy | 10/04/12 | K | | |
| 66. -- HCA Sr. Notes -- callable 3/15/15 | B | Int./Div. | K | T | | | | | |
| 67. -- Kansas City Southern RR Sr. Notes callable 6/1/12 8.00% | A | Int./Div. | | | Sold | 06/01/12 | K | A | |
| 68. -- L-3 Communications Corp. Notes -- callable 6.375% | B | Int./Div. | | | Buy (add'l) | 06/25/12 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bryant, John S. | 05/14/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -- same as above | | | | | Sold | 10/15/12 | K | A | |
| 70. -- Leucadia National Corp. Sr. Notes callable 3/15/12 | A | Int./Div. | | | Sold | 03/15/12 | K | A | |
| 71. -- Metro Nashville Airport Authority Bonds | B | Int./Div. | K | T | | | | | |
| 72. -- Morgan Stanley Sr. Notes -- Step-Up Coupon to 6% | A | Int./Div. | K | T | | | | | |
| 73. -- Morgan Stanley Sr. Step 5% to 2013, 5.5% to 16 | A | Int./Div. | | | Sold | 11/30/12 | K | A | |
| 74. -- Vulcan Materials C. Sr. Notes 6.5% due 12/1/16 | B | Int./Div. | K | T | | | | | |
| 75. -- Schwab Advisor Cash Reserves -- Premier | A | Dividend | L | T | | | | | |
| 76. Manulife Financial Corp. Common Stock | C | Dividend | J | T | | | | | |
| 77. Trust # 1 | | | | | | | | | |
| 78. -- Accenture Ltd. common | A | Dividend | J | T | Buy | 05/11/12 | J | | |
| 79. -- Apache Corp. common | A | Dividend | K | T | Buy (add'l) | 01/31/12 | J | | |
| 80. -- Apple Computer common | A | Dividend | J | T | Buy | 10/26/12 | J | | |
| 81. -- Berkshire Hathaway Inc. Class B | | None | K | T | | | | | |
| 82. -- Brookdale Sr. Living, Inc. common | | None | J | T | | | | | |
| 83. -- Caterpillar, Inc. common | A | Dividend | K | T | | | | | |
| 84. -- Corrections Corp. of America common | A | Dividend | K | T | | | | | |
| 85. -- Duke Energy Corp. common | B | Dividend | K | T | Sold (part) | 07/06/12 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bryant, John S. | 05/14/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -- Exxon Mobil Corp. common | A | Dividend | K | T | | | | | |
| 87. --HCA Holdings, Inc. common | C | Dividend | K | T | | | | | |
| 88. -- HCP Inc. common | A | Dividend | K | T | | | | | |
| 89. -- Intel corp. common | A | Dividend | K | T | Buy (add'l) | 09/21/12 | J | | |
| 90. -- International Business Machines, Inc. common | A | Dividend | K | T | | | | | |
| 91. -- Johnson & Johnson common | A | Dividend | K | T | | | | | |
| 92. -- Kraft Foods Group, Inc. common | | | | | Spinoff (from line 97) | 10/02/12 | J | | |
| 93. -- same as above | | | | | Sold (part) | 10/02/12 | J | A | |
| 94. -- same as above | | | | | Sold | 11/14/12 | J | A | |
| 95. -- Level 3 Communications common | | | K | T | Buy | 10/01/12 | J | | |
| 96. -- Lowes Companies common | A | Dividend | K | T | | | | | |
| 97. -- Mondelez International common | A | Dividend | | | Sold | 12/27/12 | J | C | |
| 98. -- Philip Morris International, Inc. common | A | Dividend | K | T | | | | | |
| 99. -- Roche Holdings common | A | Dividend | K | T | | | | | |
| 100. -- Schlumberger Ltd. common | A | Dividend | K | T | | | | | |
| 101. -- United Parcel Service, Inc. class B common | A | Dividend | K | T | | | | | |
| 102. -- United Technologies Corp. common | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bryant, John S. | 05/14/2013 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. -- Vodaphone Group PLC ADS common | B | Dividend | K | T | Buy (add'l) | 02/22/12 | J | | |
| 104. --Wal-Mart Stores, Inc. common | A | Dividend | K | T | | | | | |
| 105. -- Walt Disney Co. common | | None | J | T | | | | | |
| 106. -- Wells Fargo & Co. common | C | Dividend | M | T | Sold (part) | 12/27/12 | J | A | |
| 107. -- MFS Mass. Investors Growth Stock Fund | A | Dividend | K | T | | | | | |
| 108. -- Tenn. Housing Dev. Agency Bonds- due1/1/13 | A | Int./Div. | K | T | Sold (part) | 10/01/12 | J | A | |
| 109. -- Schwab Advisor Cash Reserves -- Sweep | A | Int./Div. | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and C3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bryant, John S. | 05/14/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1. Part VII, lines 36, 39, 92, 93 and 97. On October 1, 2012, Kraft, Inc. spun off Kraft Foods Group, Inc. Kraft Foods, Inc. on that date also changed its name to Mondelez International, Inc.

2. Part VII, line 53. The Block Financial Corp. Global Notes were purchased on May 11, 2011, but were omitted from the 12-31-2011 disclosure report by oversight. The purchase value code was K. The income amount code for 2011 was A, and the income type code was Int./Div. The gross value code as of 21/31/11 was K and the value method was T. Because this asset was sold in 2011, it does not appear on the disclosure report for 2012.

3. The Verizon Inc. Notes -- Noncall 6.125% listed on line 63 of the disclosure report as of 12/31/2011 were sold on February 4, 2011, but this sale was omitted from the 2011 report by oversight. The value code for this sale was K. The gain code was A. There should have been no entries in the value code and value method columns because this asset was not owned at the end of the reporting period. For the same reason, it does not appear on the 2012 report.

**FINANCIAL DISCLOSURE REPORT**

Page 12 of 12

Name of Person Reporting

Bryant, John S.

Date of Report

05/14/2013

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ John S. Bryant**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544